UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUONG HUY DAO,<br><br>            Plaintiff,<br><br>     v.<br><br>C. VANHORN, et al.,<br><br>            Defendants. | No. 2:23-cv-0682-TLN-CKD P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 15) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.

Dated: May 17, 2024

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/dao0682.36

1